UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Randolfo Marroquin et al.
Plaintiff

vs

Civil Action No. 13-598 (DAR)

Country Choice, LLC et al.
Defendant

DEFAULT AND JUDGMENT BY CLERK

It appearing that the above-named defendant has (have) failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the 9th day of October, 2013, and an affidavit on behalf of the plaintiff having been filed, it is the 18th day of November, 2014 declared that Country Choice, LLC , Merhan Haj-Momenian & Houshang H. Momenian defendant herein is (are) in default.

WHEREFORE, upon request of the plaintiff and on affidavit of the amount due from the defendant to the plaintiff, judgment for Randolfo Marroquin et al. plaintiff against Country Choice, LLC et al. defendant is entered for $126,685.51 with interest and costs.

ANGELA D. CAESAR, CLERK

By /s/ C. Martin
Deputy Clerk