**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RANDOLFO MARROQUIN, ET AL.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Case No. 1:13-cv-00598-CKK-DAR** |
| | * |
| **COUNTRY CHOICE, LLC, ET. AL.** | * |
| | * |
| **Defendants.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**LINE OF SATISFACTION**

The Clerk will please mark the judgments in this case as "Paid and Satisfied."

Respectfully submitted,

_____-*S*-_____
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
836 Bonifant St.
Silver Spring, MD 20815
Telephone: 301-587-9373
Fax: 301-587-9373
mamster@zagfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2015, a true and correct copy of the foregoing was served by the Court's ECF System on all Counsel of Record in this matter.

_____-*S*-_____
Michael K. Amster