**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RANDOLFO MARROQUIN, ET AL.** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No. 1:13-cv-00598-CKK** |
| | * | |
| **COUNTRY CHOICE, LLC, ET. AL.** | * | |
| | * | |
| **Defendants.** | * | |

*******************************************************************************

## NOTICE TO WITHDRAW

Plaintiffs, by and through undersigned counsel, hereby request the Clerk to strike Plaintiffs' Motion for Writ [Dkt. No. 40].  In support thereof, Plaintiffs state the following:

1. Satisfaction of Judgment has been entered in this matter.  [Dkt. 43].

2. Plaintiffs' Motion for Writ [Dkt. No. 40] is Moot.

Respectfully submitted,

_____-S-_____
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
Telephone: 301-587-9373
Fax: 301-587-9397
mamster@zagfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2015, a true and correct copy of the foregoing was served by the Court's ECF System on all Counsel of Record in this matter.

_____-S-_____
Michael K. Amster